■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENNY C. CARPENTER, Appellant. [690 NYS2d 847] —Judgment

unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Robbery, 1st Degree.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio JJ.